December 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT ARNOLD, Appellant

NO. 14-13-00049-CV                    V.

CITY OF ORANGE, TEXAS, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on November 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. We order the trial court's judgment set aside and **VACATED** without regard to the merits, and we **REMAND** the cause to the trial court for entry of a non-suit in accordance with the parties' agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.